**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1016**

———————

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

STEVE SEAY; AMERICAN GENERAL FINANCE COMPANY,

Defendants - Appellees.

———————

**No. 03-1017**

———————

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

HERBERT BESKINS,

Defendant - Appellee.

LEROY M. THURSTON, JR.,

                              Plaintiff - Appellant,

        versus


CATHY COLLINS; CENTRAL VIRGINIAN NEWSPAPER,

                              Defendants - Appellees.


Appeals from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-02-7-3, CA-02-6-3, CA-02-5-3)


Submitted: March 24, 2003          Decided: April 3, 2003


Before LUTTIG, MOTZ, and SHEDD, Circuit Judges.


Dismissed by unpublished per curiam opinion.


Leroy M. Thurston, Jr., Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy M. Thurston, Jr. appeals the district court's orders denying his applications to proceed in forma pauperis in each of his civil actions. Thurston fails to establish the district court erred in denying him leave to proceed in forma pauperis. Accordingly, we deny leave to proceed in forma pauperis on appeal, and dismiss these appeals. <u>See</u> <u>Thurston v. Seay</u>, No. CA-02-7-3; <u>Thurston v. Beskins</u>, No. CA-02-6-3; <u>Thurston v. Collins</u>, No. CA-02-5-3 (W.D. Va. Dec. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3